## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2011, I caused to be served on all counsel of record, electronically via the Court's electronic filing system pursuant to agreement of the parties, true and correct copies of the following on behalf of Defendant Key Bank National Association: 1) Motion to Dismiss the Remaining Claims of the Second Amended Complaint; 2) Notice of Motion of Key Bank National Association, 3) Joint Declaration of William J. Brown and Rebecca Brazzano dated November 18, 2011 with accompanying exhibits; and 4) Memorandum of Law in Support of Key Bank National Association's Motion to Dismiss the Remaining Claims of the Second Amended Complaint.

Dated: November 18, 2011
New York, New York

Respectfully submitted,

*/s/ Rebecca Brazzano*_____
Rebecca Brazzano
**THOMPSON HINE LLP**
335 Madison Avenue
12th Floor
New York, New York 10017-4611
(212) 344-5680 (Telephone)
(212) 341-6101 (Fax)
Rebecca.Brazzano@ThompsonHine.com

*Attorney for the Defendant*
*Key Bank National Association*