UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

ADELPHIA RECOVERY TRUST,

                        Plaintiff,          Case No.1:09-cv-00215 (RJA)

               - against -

KEYBANK NATIONAL ASSOCIATION, HSBC
BANK USA, NATIONAL ASSOCIATION, AND
FLEET NATIONAL BANK,

                        Defendants.

**NOTICE OF MOTION FOR LEAVE TO FILE UNDER SEAL**

      PLEASE TAKE NOTICE that Plaintiff the Adelphia Recovery Trust (the "Trust") shall move this Court, at the United States Courthouse, 68 Court Street, Buffalo, New York, on a date assigned by the Court, to grant it leave, pursuant to Fed. R. Civ. P. 5.2 and Local Rule 5.3(c), to file under seal Exhibit G to the Declaration of David J. Shapiro.  Copies of the Document to be filed under seal will be sent via overnight delivery to the Chambers of Judge Richard J. Arcara.

      Exhibit G is the Opinion and Order of the Honorable Judge Michael J. Kaplan, which was filed under seal in the United States Bankruptcy Court for the Western District of New York, AP No. 03-1292 K.

Dated: November 21, 2011
       New York, New York

                              KASOWITZ, BENSON, TORRES
                                  &FRIEDMAN LLP

                            By:  /s/ Aaron M. Bell
                                  David M. Friedman (DF-4278)
                                  Michael C. Harwood (MH-4227)
                                  David J. Shapiro (DS-8639)
                                  Aaron M. Bell (AB-9791)
                                  1633 Broadway
                                  New York, New York 10019
                                  Tel:  (212) 506-1700
                                  Fax:  (212) 506-1800

                            Counsel for Adelphia Recovery Trust

**CERTIFICATE OF SERVICE**

I, Aaron M. Bell, certify that on November 21, 2011, I filed the foregoing notice of motion to seal with the Court's ECF system and by doing so served a copy on the following counsel of record.

| | |
|---|---|
| William J. Brown, Esq. | Rebecca A. Brazzano, Esq. |
| Angela Z. Miller, Esq. | Stephen Williger, Esq. |
| Phillips Lytle LLP | Thompson Hine, LLP |
| 3400 HSBC Center | 335 Madison Avenue |
| Buffalo, NY 14203 | New York, NY 10017 |

Dated: November 21, 2011
         New York, New York

                                          /s/ Aaron M. Bell
                                              Aaron M. Bell