UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADELPHIA RECOVERY TRUST,<br><br>                      Plaintiff,<br><br>- against -<br><br>KEYBANK NATIONAL ASSOCIATION, HSBC BANK USA, NATIONAL ASSOCIATION, AND FLEET NATIONAL BANK,<br><br>                      Defendants. | CERTIFICATE OF SERVICE<br><br>Case No.1:09-cv-00215 (RJA) |

**CERTIFICATE OF SERVICE**

I, David J. Shapiro, certify that on January 20, 2012, I served true and correct copies of the Adelphia Recovery Trust's Reply Memorandum of Law in Further Support of its Motion to Dismiss the Counterclaims Asserted by HSBC Bank USA, National Association, the Declaration of David J. Shapiro and accompanying Exhibits A-G on the following parties via the court's electronic filing system and overnight delivery:

| | |
|---|---|
| William J. Brown, Esq.<br>Angela Z. Miller, Esq.<br>Phillips Lytle LLP<br>3400 HSBC Center<br>Buffalo, NY 14203 | Rebecca A. Brazzano, Esq.<br>Stephen Williger, Esq.<br>Thompson Hine, LLP<br>335 Madison Avenue<br>New York, NY 10017 |

Dated: January 20, 2012

New York, New York

                    KASOWITZ, BENSON, TORRES
                        & FRIEDMAN LLP

By:   /s/ David J. Shapiro
      David M. Friedman
      (Dfriedman@kasowitz.com)
      Michael C. Harwood
      (Mharwood@kasowitz.com)
      David J. Shapiro
      (Dshapiro@kasowitz.com)
      Aaron M. Bell
      (Abell@kasowitz.com)
      1633 Broadway
      New York, New York 10019
      Telephone:  (212) 506-1700

      Counsel for Adelphia Recovery Trust