UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

Adelphia Recovery Trust,

                Plaintiff,                Case No.  1:09-cv-00215-RJA

-vs-


Key Bank National Association, HSBC Bank
USA, National Association and Fleet National
Bank,

                Defendants.
_____

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2012, I caused to be served on all counsel of record, electronically via the Court's electronic filing system pursuant to agreement of the parties, true and correct copies of the following on behalf of Defendant Key Bank National Association:

Reply Memorandum of Law in Further Support of Key Bank National Association's Motion to Dismiss the Remaining Claims of the Second Amended Complaint.

Dated: January 20, 2012
       New York, New York

                                            Respectfully submitted,

                                            */s/ Rebecca Brazzano*_____
                                            Rebecca Brazzano
                                            **THOMPSON HINE LLP**
                                            335 Madison Avenue
                                            12th Floor
                                            New York, New York 10017-4611
                                            (212) 344-5680 (Telephone)
                                            (212) 341-6101 (Fax)
                                            Rebecca.Brazzano@ThompsonHine.com

                                            *Attorney for the Defendant*
                                            *Key Bank National Association*