UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

Adelphia Recovery Trust,

                Plaintiff,                Case No. 1:09-cv-00215-RJA

-vs-

Key Bank National Association, HSBC Bank USA, National Association and Fleet National Bank,

                Defendants.

---

## **CERTIFICATE OF SERVICE**

I, Jayne A. Hahn, certify that on January 20, 2012, I served a true and correct copy of the Reply Memorandum of Law in Further Support of HSBC Bank USA, National Association's Motion for Judgment on the Pleadings Dismissing Claims 56 and 57 of the Second Amended Complaint ("Reply Memorandum") electronically on all parties receiving notice via CM/ECF and via overnight delivery to the following parties:

| | |
|---|---|
| Aaron Mark Bell, Esq.<br>David M. Friedman, Esq.<br>David J. Shapiro, Esq.<br>Michael C. Harwood, Esq.<br>Kasowitz, Benson, Torres & Friedman LLP<br>1633 Broadway<br>New York, NY 10019 | Andrew Weissmann, Esq.<br>Richard Ferdinand Ziegler, Esq.<br>Jenner & Block LLP<br>919 Third Avenue, 37th Floor<br>New York, NY 10022 |

- 2 -

| | |
|---|---|
| Deirdre E. Connell, Esq. | |
| Robert J. Blazejowski, Esq. | Rebecca A. Brazzano, Esq. |
| Vincent E. Lazar, Esq. | Thompson Hine LLP |
| Jenner & Block LLP | 335 Madison Avenue |
| 330 North Wabash Avenue | New York, NY  10017 |
| Chicago, IL  60611 | |

and via first class mail on the following party:

Gregory P. Photiadis, Esq.
Duke, Holzman, Photiadis & Gresens, LLP
1800 Main Place Tower
350 Main Street
Buffalo, NY  14202

Dated:  January 20, 2012

   /s/ Jayne A. Hahn
        Jayne A. Hahn

Doc # 01-2547903.1